# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 15-18508-ELF

JOSEPH V PALERMO
ANNE M. PALERMO
1019 WINDSOR RD

COLLINGDALE, PA 19023

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOSEPH V PALERMO
    ANNE M. PALERMO
    1019 WINDSOR RD

    COLLINGDALE, PA 19023

Counsel for debtor(s), by electronic notice only.

    LAWRENCE S. RUBIN ESQUIRE
    337 WEST STATE STREET

    MEDIA, PA 19063-

/S/ William C. Miller

Date: 10/24/2016

                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee