United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-18508-elf
Joseph V Palermo                                                Chapter 13
Anne M Palermo
        Debtors

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Virginia | Page 1 of 2 | Date Rcvd: Nov 30, 2016 |
| | Form ID: pdf900 | Total Noticed: 23 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2016.
```
db/jdb         +Joseph V Palermo,    Anne M Palermo,    1019 Windsor Rd,    Collingdale, PA 19023-1027
cr             +Nationstar Mortgage LLC as servicer for Deutsche B,   c/o Kevin S. Frankel,
                 Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,    King of Prussia, Pa 19406-4702
cr             +Nationstar Mortgage LLC, et al,   c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13639288       +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
13697336       +Deutsche Bank National Trust Company, as Trustee f,    Nationstar Mortgage LLC,
                 P.O. Box 619096,    Dallas, TX 75261-9096
13639290       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13639291       +Kieram Versak & Denise Versak,    366 Rively Ave,    Collingdale, PA 19023-1016
13656743       +Nationstar Mortgage,    PO Box 619098,    Dallas, TX 75261-9098
13639293       +Nationstar Mortgage Ll,    PO Box 619098,    Dallas, TX 75261-9098
13639295       +Tridentasset.com,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
13639296       +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 01 2016 02:07:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2016 02:07:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2016 02:07:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 01 2016 01:58:12     Orion,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13669545        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 01 2016 02:09:55
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13639289       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 01 2016 02:08:10     Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13646258        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 01 2016 01:57:50
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13639292       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 01 2016 01:57:50     Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13639294       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 01 2016 01:57:51
                 Pinnacle Credit Servic,    Po Box 640,    Hopkins, MN 55343-0640
13687978       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 01 2016 02:07:51     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13728016        E-mail/PDF: rmscedi@recoverycorp.com Dec 01 2016 01:57:22
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13672934        E-mail/Text: appebnmailbox@sprint.com Dec 01 2016 02:07:46     Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                             TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13639297*      +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
13639298*      +Credit Coll,    Po Box 9134,    Needham, MA 02494-9134
13639299*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13639300*      +Kieram Versak & Denise Versak,    366 Rively Ave,    Collingdale, PA 19023-1016
13639301*      +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
13639302*      +Nationstar Mortgage Ll,    Po Box 619098,    Dallas, TX 75261-9098
13639303*      +Pinnacle Credit Servic,    Po Box 640,    Hopkins, MN 55343-0640
13639304*      +Tridentasset.com,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
13639305*      +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
                                                                                   TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Nov 30, 2016
                              Form ID: pdf900             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC as servicer for Deutsche Bank
               National Trust Company, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan
               Asset-Backed Certificates, Series 2005-NC1 pa-bk@logs.com
              LAWRENCE S. RUBIN    on behalf of Joint Debtor Anne M Palermo echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              LAWRENCE S. RUBIN    on behalf of Debtor Joseph V Palermo echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC as servicer for
               Deutsche Bank National Trust Company, as Trustee for Merrill Lynch Mortgage Investors Trust,
               Mortgage Loan Asset-Backed Certificates, Series 2005-NC1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH V PALERMO　　　　　　　　　　Chapter 13
ANNE M. PALERMO

　　　　　　　　Debtor　　　　　Bankruptcy No. 15-18508-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 30, 2016**_____
　　　　　　　　　　　　　　　　Eric L. Frank
　　　　　　　　　　　　　　　　ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LAWRENCE S. RUBIN ESQUIRE
337 WEST STATE STREET

MEDIA, PA 19063-


Debtor:
JOSEPH V PALERMO
ANNE M. PALERMO
1019 WINDSOR RD

COLLINGDALE, PA 19023